■ VILLAGE OF SAVONA, Appellant, v MAYNARD SOLES et al., Respondents. (Appeal No. 2.) — Appeal unanimously dismissed. Same memorandum as in *Village of Savona v Soles* (84 AD2d 683). (Appeal from order of Steuben Supreme Court, Purple, J. — stay of injunction.) Present — Simons, J. P., Hancock, Jr., Doerr, Denman and Moule, JJ.